ELENA R. BACA (SBN 160564)
elenabaca@paulhastings.com
CHRIS A. JALIAN (SBN 295564)
chrisjalian@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendant
MONTAGE HOTELS AND RESORTS, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CAMPOS, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONTAGE HOTELS AND RESORTS, LLC, a Nevada Limited Liability Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 8:18-cv-00151-DOC-PLAx<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [34]**<br><br>Judge:   Hon. David O. Carter |

Whereas, on December 22, 2017, Plaintiff Jennifer Campos ("Plaintiff") filed a putative class and collective action lawsuit against Defendant Montage Hotels and Resorts, LLC ("Defendant") in the Superior Court of the State of California, for the County of Orange, Case No. 30-2017-00963321-CU-OE-CXC;

Whereas, on January 26, 2018, Defendant removed the action to the United States District Court, Central District of California, Case No. 8:18-cv-00151-DOC-PLAx, pursuant to 28 U.S.C. sections 1331, 1441(a) and (c), and 1146(a), (b) and (d) (Dkt. 1);

Whereas, on June 11, 2018, the Court stayed the action in light of a pending settlement in a related state court wage-and-hour class action, *Rogan v. Montage Hotels and Resorts, LLC*, Case No. 30-2017-00963331-CU-OE-CXC ("*Rogan*") (Dkt. 17);

Whereas, the *Rogan* settlement class consisted of all non-exempt employees who were employed by Montage and worked at Montage Laguna Beach from November 12, 2011 to May 24, 2018, who did not submit a timely and valid request for exclusion from the settlement;

Whereas, Plaintiff, a former associate of Montage Laguna Beach, opted out of the *Rogan* settlement;

Whereas, on October 19, 2018, the Orange County Superior Court granted final approval of the *Rogan* settlement;

Whereas, on November 14, 2018, the Court granted Defendant's Motion to Deny Class Representative Status and Strike Class Allegations, thereby striking all class-related allegations and leaving only Plaintiff's individual claims for adjudication (Dkt. 33);

Whereas the Court allow Plaintiff until November 26, 2018 to file an amended complaint (Dkt. 33); Plaintiff did not file an amended complaint; and

Whereas, on February 21, 2019, Plaintiff and Defendant entered into a confidential settlement agreement which requires Plaintiff to dismiss this action with prejudice.

Therefore, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, plaintiff Jennifer Campos and defendant Montage Hotels and Resorts, LLC, through their respective counsel of record, hereby stipulate that the present action be DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Dated: March 1, 2019

Elena R. Baca
Chris A. Jalian
PAUL HASTINGS LLP

By: _____/s/ Chris A. Jalian_____
       CHRIS A. JALIAN

Attorneys for Defendant Montage Hotels and Resorts, LLC

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

Dated: March 1, 2019

David Yeremian
Alvin B. Lindsay
DAVID YEREMIAN & ASSOCIATES, INC.

By: _____/s/ Alvin B. Lindsay_____
       ALVIN B. LINDSAY

Attorneys for Plaintiff Jennifer Campos

SO ORDERED.

Dated: March 4, 2019

*David O. Carter*
DAVID O. CARTER
U.S. District Judge